# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144505

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v                                      SC: 144505
                                            COA: 301051
KENNETH JEROME HUGHES, III,
                                          Berrien CC: 2010-001529-FC
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

d0514

_____
Clerk